In the Matter of Katherine C. STATLER, Plaintiff.

Andrew J. SCHMIDTLEIN, Appellant,

v.

Helen CARNINE, Respondent.

No. WD 40157.

Missouri Court of Appeals, Western District.

Sept. 6, 1988.

Rehearing Denied Nov. 1, 1988.

Commodore M. Combs, Jr., William D. Cosgrove, Kansas City, for appellant.

Frederick Beihl, William K. Waugh, Jr. and Robert K. Kirkland of Shook, Hardy & Bacon, Kansas City, for respondent.

Before TURNAGE, P.J., and SHANGLER and MANFORD, JJ.

### ORDER

PER CURIAM.

Civil proceeding for the appointment of a guardian and conservator.

Judgment affirmed. Rule 84.16(b).